UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 25-73-CHB

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

V.                  **NOTICE BY UNITED STATES**
                 **REGARDING RELATED PROSECUTIONS**

**CHRISTOPHER RHODES**                                   **DEFENDANT**

\* \* \* \* \*

The United States gives notice that this case is related to the criminal case of *United States v. Christopher Rhodes,* London Criminal Action No. 6:25-CR-57-CHB.

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By: _/s/ W. Samuel Dotson_
W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 330-4827
William.s.dotson@usdoj.gov