FILED
SEP 23 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                                         CRIMINAL ACTION NO. 6:25-CR-73-CHB
                                                           18 U.S.C. § 875(c)

CHRISTOPHER RHODES

\* \* \* \* \*

THE UNITED STATES ATTORNEY CHARGES:

On or about May 24, 2025, in Laurel County, in the Eastern District of Kentucky,

**CHRISTOPHER RHODES**

did knowingly and willfully transmit in interstate commerce a communication, that is, an e-mail, to another that contained a threat to injure, all in violation of 18 U.S.C. § 875(c).

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

Not more than five years imprisonment, not more than a $250,000 fine, and supervised release for not more than 3 years.

**PLUS:**　　　Mandatory special assessment of $100.

**PLUS:**　　　Restitution, if applicable.